1

**John A. KURBIEC, Jr.**

v.

**George J. BASTIEN et al.**

**No. 84–257–M.P.**

Supreme Court of Rhode Island.

June 28, 1984.

Daniel V. McKinnon, Pawtucket, for petitioner.

William J. Toohey, City Sol., for City of Warwick.

## ORDER

The petition for writ of certiorari is denied, without prejudice to the right of the appropriate authority to commence a new proceeding against the respondent based upon his criminal convictions.

MURRAY, J., did not participate.

■

**ESTATE OF Paulo M. LOPES et al.**

v.

**CHAMPION MACHINERY CO. et al.**

**No. 83–112–A.**

Supreme Court of Rhode Island.

June 28, 1984.

John F. McBurney, Pawtucket, for plaintiffs.

Richard T. Linn, John F. Dolan, Robert W. Lovegreen, Joseph A. Kelly, Providence, for defendants.

## ORDER

This case came before the court on the plaintiff's motion to remand this matter to the Superior Court. Upon consideration thereof, we hereby direct that the judgment of the Superior Court be vacated, and that the matter be remanded to the Superior Court for reconsideration in light of our opinion in *Kennedy v. Cumberland Engineering Co., Inc.*, R.I., 471 A.2d 195 (1984).

MURRAY, J., did not participate.